FILED
CLERK, U.S. DISTRICT COURT

JUL 2 4 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Michelyn Nicole Todd DEFENDANT(S). | CASE NUMBER MJ 15-1363 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _July_ _30_, _2015_, at _2:00pm_ a.m./ ☒ p.m. before the Honorable _Eick_, in Courtroom _20_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: 7/24/15

_____
U.S. District Judge/Magistrate Judge